**Memorandum Order issued March 7, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00643-CV

———————————

**ROSE PATRICIA ANN SHIELDS, OSCAR URBINA, ARNOLD SHIELDS, INDIVIDUALLY, D/B/A GALVESTON SERVICE COMPANY, D/B/A BLU SHIELDS CONSTRUCTION, AND BLU SHIELDS CONSTRUCTION, LLC, Appellants**

**V.**

**COMMERCIAL STATE BANK, DOUGLAS FAVER, SCOTT CONKLING, MELISSA CONKLING, SUZANNE HUBBARD, DANIEL JURGENA, ROXANNE TOMOLIALO, JOSEPH COX, THOMAS WALSH AND GINA F. DOMINIQUE, Appellees**

———————————

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2015-06750**

———————————

**MEMORANDUM ORDER**

Appellants, Rose Patricia Ann Shields, Oscar Urbina, Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction, and Blu Shields Construction, LLC, filed a notice of appeal on October 12, 2016, from the trial court's final judgment, signed on September 15, 2016. Appellants Rose Patricia Ann Shields, Oscar Urbina, and Arnold Shields are prosecuting this appeal pro se. Appellant Arnold Shields also signed the notice of appeal on behalf of Blu Shields Construction, LLC, as its "managing member."

Though generally a corporation may be represented in litigation only by a licensed attorney, a non-attorney may perfect appeal on behalf of a corporation. *Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (holding that nonlawyers may perfect corporation's appeal by depositing cash with district clerk in lieu of cost bond). However, appellant Arnold Shields may not represent Blu Shields Construction, LLC, in this appeal. *See Digital Press, Inc. v. Am. City Bus. Journal*, No. 01-01-00585–CV, 2001 WL 1587635, at *1 (Tex. App.—Houston [1st Dist.] Dec. 13, 2001, no pet.) (per curiam) (after appellate court had granted appellant's counsel's motion to withdraw, appeal by unrepresented corporation dismissed after corporation failed to respond to order to retain new counsel who shall file notice of appearance within 30 days) (citing, *inter alia*, *Kunstoplast*, 937 S.W.2d at 456).

On January 10, 2017, this Court granted, in part, appellants' second extension request for 30 days to obtain counsel and to pay for the reporter's record. That Order further warned appellants that if they failed to timely comply with that Order, this Court would dismiss Blu Shields Construction, LLC, from this appeal and set the briefing schedule without the reporter's record. *See* TEX. R. APP. P. 37.3(c)(1), (2), 42.3(b), (c). Neither a timely response nor the reporter's record has been filed in this Court.

Accordingly, we **DISMISS** the appeal as to Blu Shields Construction, LLC, only. *See* TEX. R. APP. P. 42.3(b), (c). The Clerk of this Court is directed to remove Blu Shields Construction, LLC, from the style of this appeal, which remains pending with pro se appellants Rose Patricia Ann Shields, Oscar Urbina, and Arnold Shields, Individually, d/b/a Galveston Service Company, d/b/a Blu Shields Construction.

Furthermore, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellants' brief is **ORDERED** to be filed no later than **30 days from the date of this order.** *See id*. 38.6(a).

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.